178 So. 927

**Lena, alias Johnnie Mae, WILLIAMS v. STATE.**

**8 Div. 508.**

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

186 So. 927

**Tim WILLIAMS v. STATE.**

**6 Div. 412.**

Court of Appeals of Alabama.
Jan. 10, 1939.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 927

**Wesley, alias Tobe, WILLIAMS, v. STATE.**

**6 Div. 148.**

Court of Appeals of Alabama.
Dec. 14, 1937.

SAMFORD, Judge.
Appeal dismissed.

184 So. 923

**Ernest WINCHESTER v. STATE.**

**1 Div. 308.**

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

177 So. 927

**Will WINTERS v. STATE.**

**6 Div. 219.**

Court of Appeals of Alabama.
Dec. 7, 1937.

BRICKEN, Presiding Judge.
Affirmed.

177 So. 927

**Howard WOODALL v. STATE.**

**4 Div. 339.**

Court of Appeals of Alabama.
Nov. 16, 1937.

Sollie & Sollie, of Ozark, for appellant.

C. O. Stokes, Co. Sol., of Ozark, for the State.

PER CURIAM.
Remanded to circuit court as per agreement.